UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

02 AUG 15 PM 2: 11

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE: LETTER OF REQUEST
FROM THE CIRCUIT COURT II
OF GDANSK, POLAND
30/34 Nowe Ogrody Street
80-803 Gdansk

Misc. No. 6:02-mc-83-ORL-22JAB

## APPLICATION FOR ORDER UNDER 28 U.S.C. 1782

The United States of America by its undersigned attorneys, petitions this Court for an Order pursuant to 28 U.S.C. § 1782 appointing a Commissioner for the purpose of obtaining judicial assistance concerning responses to certain questions from Wieslaw Kaczmarczyk who resides within the jurisdiction of this Court, pursuant to a letter rogatory issued by the above entitled court in Gdansk, Poland, dated May 31, 2001, under the Convention on Taking Evidence Abroad, which entered into force between the United States of America and Poland on October 7, 1972, 23 UST 2555, TIAS 7444.

Dated: August 15, 2002.

PAUL I. PEREZ
United States Attorney

By /s/ Roberto H. Rodriguez, Jr.
Roberto H. Rodriguez, Jr.
Assistant United States Attorney
Identifying No. USA074
201 Federal Building
80 North Hughey Avenue
Orlando, Florida 32801
407/648-7500
FAX 407/648-7673

# REQUEST / DEMANDE / WNIOSEK

FOR OBTAINING EVIDENCE OR PERFORMING SOME OTHER JUDICIAL ACT
par commission rogatoire, d'accomplir des actes d'instruction ou d'autres actes judiciaires
o przeprowadzenie dowodu lub wykonanie innych czynności sądowych.
COURT
Tribunal ( l'autorité requérante )
Sąd Sąd Okręgowy w Gdańsku Wydział II Cywilny ul. Nowe Ogrody 30-34, 80-958 Gdańsk
IN
à Circuit Court II Civil Division in Gdańsk
w Gdańsku
THE REPUBLIC OF POLAND
République de Pologne
Rzeczpospolita Polska

REFERENCE NUMBER OF THE CASE
(REPLYING. PLEASE GIVE THE REFERENCE NUMBER)
Numéro de référence du dossier
( à mentionner dans la réponse )
Sygnatura sprawy  IIC 839/01, A.541/221/2001/Oz
(sygnaturę proszę podać przy odpowiedzi)
TO
(THE DESCRIPTION OF THE REQUESTED AUTHORITY)
A
( désignation de l'autorité requise )
Do: Department of Justice of the United States of Inernational Judicial
(nazwa organu wezwanego)  Assistance, Washington D.C. 20530
PLAINTIFF / PETITIONER
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
Demandeur / Demanderesse
( prenom, nom, domicile, nom et siège pour personne morale )  born.
W sprawie powoda/powódki Barbara Kaczmarczyk ur. 05.12.1953 r. res zam: 81-407 Gdynia
ul. Chopina 11/24.
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE)
représenté(e) par
( prenom, nom, domicile du mandataire )
reprezentowanego przez:
(imię, nazwisko, adres pełnomocnika)
VERSUS: DEFENDER
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
contre : défendeur / défenderesse
( prenom, nom, domicile, nom et siège pour personne morale )
przeciwko/pozwanemu: Wiesław Kaczmarczyk ur. 02.08.1957 r. res zam: 295 Montiego Bay Ct
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)   born  Merritt Island, 32-958 Floryda
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE
représenté(e) par
( prenom, nom, domicile du mandataire)
reprezentowanemu przez:

(imię, nazwisko, adres pełnomocnika)
KIND AND THE SUBJECT OF THE PROCEEDINGS:
la nature et l'objet du litige:
rodzaj i przedmiot postępowania: rozwód / divorce



PURSUANT TO THE ARTICLE 1 OF THE CONVENTION OF MARCH 18TH, 1970 ON THE TAKING OF EVIDENCE ABROAD IN A
CIVIL OR COMMERCIAL MATTERS THE COURT KINDLY REQUESTS FOR :
Le tribunal susmentionné demande par commission rogatoire (Convention sur l'obtention des preuves à l'étranger
en matière civile ou commerciale, du 18 mars 1970, article 1):
zgodnie z art. 1 Konwencji z dnia 18 marca 1970 o przeprowadzaniu dowodów za granicą w sprawach cywilnych i
handlowych uprzejmie prosi o:

1) HEARING THE WITNESS/PARTY
(FIRST NAME, LAST NAME, ADDRESS)
d'entendre le témoin / la partie
(prenom, nom, domicile )
przesłuchanie świadka/strony.....Wiesław Kaczmarczyk ur. 02.08.1957 r. zam: 295 Montiego
...By Ct. Merritt Island, 32-958 Floryda USA
(imię, nazwisko, adres)
THE LIST OF THE QUESTIONS ATTACHED.
Questionnaire de commission rogatoire ci-joint.
Lista pytań w załączeniu.

THE COURT KINDLY REQUESTS FOR HEARING WITNESS/PARTY:
Le Tribunal demande à ce que les dépositions du témoin / de la partie:
Sąd uprzejmie prosi, aby zeznania świadka/strony:
AFTER INFORMING HIM ON CRIMINAL LIABILITY FOR FALSE OR MISLEADING STATEMENTS/ AFTER TAKING AN OATH IN THE APPROPRIATE WAY PROVIDED BY LAW IN FORCE*
ayant été rendu(e) attentif (attentive) aux sanctions pénales encourues pour faux témoignage/ après avoir prêté serment ( fait promesse ) dans le respect des formes prescrites par la loi locale applicable*
po uprzedzeniu o odpowiedzialności karnej za złożenie fałszywych zeznań/ po odebraniu przyrzeczenia (przysięgi) w formie przewidzianej prawem miejscowym* ( zaznacz właściwe)
THAT SHOULD BE RECORDED AND SIGNED BY THE PERSON IN QUESTION.
soient consignées dans le procès-verbal et signée par la personne entendue.
zostały zaprotokołowane i własnoręcznie przez osobę przesłuchaną podpisane.

2) PERFORMING SOME OTHER JUDICIAL ACTS:
de procéder à d'autres actes judiciaires:
o dokonanie innych czynności sądowych:

....................................................

THE MENTIONED BELOW PERSON(S) SHOULD BE INFORMED ON THE DATE AND PLACE OF PERFORMING THE EVIDENCE:
La date et le lieu de l'exécution de la commission rogatoire doivent être communiqués à :
O terminie i miejscu przeprowadzenia czynności dowodowej należy zawiadomić:.........................

THE COURT KINDLY ASKS FOR PROVIDING THE RECORDS OR ANY OTHER DOCUMENTS WHICH WERE DONE IN THE CASE TO THE REQUESTING AUTHORITY AFTER EXECUTION OF THE REQUEST.
Ayant exécuté la commission rogatoire l'autorité requise est priée de remettre à l'autorité requérante le procès-verbal ou tout autre document dressé au cours de l'instruction de la mesure sollicitée.
Po wykonaniu wniosku Sąd uprzejmie prosi o przesłanie protokołu bądź innych dokumentów sporządzonych w sprawie do organu wzywającego.

SEAL OF THE COURT/ Sceau du Tribunal/ Pieczęć Sądu
Sędzia Sądu Okręgowego w Gdańsku
Judge of the Circuit Court in Gdańsk

mgr Wiesława Kamińska-Krajka
SIGNATURE OF JUDGE/ Signature du Juge/ Podpis Sędziego

DONE AT/THE
Fait à/le
Sporządzono w ...Gdańsku........... dnia...31.05.2001 r.

Barbara Kaczmarczyk                                   Gdynia dnia 2001.01.15
Ul. Chopina 11/24
81-407 Gdynia

                                                                  **SĄD OKRĘGOWY**
                                                                  **I WYDZIAŁ CYWILNY**
                                                                  **W Gdańsku**
                                                                 **Nowe Ogrody 30/34**
                                                                 **80 – 803 Gdańsk**

Powódka : Barbara Kaczmarczyk
              Ul. Chopina 11 / 24
              81-407 Gdynia

Pozwany : Wiesław Kaczmarczyk
             295 Montiego Bay Ct
             Merritt Island
              32-953 Floryda
             USA

## POZEW O ROZWÓD

We własnym imieniu wnoszę o :
1) rozwiązanie związku małżeńskiego zawartego w dniu 29 kwietnia 1981 r w Urzędzie Stanu Cywilnego w Gdyni - nr aktu 551/1981 – pomiędzy powódką Barbarą Kaczmarczyk a a pozwanym Wiesławem Kaczmarczykiem-przez rozwód bez orzekania o winie

2) powierzenie powódce władzy rodzicielskiej nad małoletnim synem Krzysztofem Kaczmarczykiem urodzonym 28 października 1988r. WGdyni okreslając miejsce pobytu dziecka przy matce .

3) zobowiązanie pozwanego Wiesława Kaczmarczyka do ponoszenia kosztów utrzymania Krzysztofa Kaczmarczyka w kwocie 1.000 zł miesięcznie

4) zasadzenie kosztów według norm przepisanych.

*Elżbieta Rutkowska*
Tłumacz przysięgły jęz. angielskiego
80-299 Gdańsk, ul. Cumowników 32
tel./fax 52-59-42

*Certified Translation from Polish*

*Translator's Register Entry No. 157/2001*

Gdynia, 15 January, 2001

Barbara Kaczmarczyk
Ul. Chopina 11/24
81-407 Gdynia

                      The Circuit Court
                      Civil Division I
                      in Gdańsk
                      30/34 Nowe Ogrody Street
                      80-803 Gdańsk

Plaintiff:    Barbara Kaczmarczyk
                Ul. Chopina 11/24
                81-407 Gdynia

Defendant:  Wiesław Kaczmarczyk
                295 Montiego Bay Ct
                Merritt Island
                32-953 Florida
                USA

**PETITION FOR DIVORCE**

On my own behalf I request that:

1)     the marriage between Barbara Kaczmarczyk, the plaintiff and Wiesław Kaczmarczyk, the defendant, contracted on 29 April, 1981 at the Registry Office in Gdynia, Register Entry No. 551/1981 be dissolved without deciding about the parties' fault;



2) the execution of parental authority over minor Krzysztof Kaczmarczyk, born on 28 October, 1988 in Gdańsk be entrusted with the plaintiff and the place of the child's residence be adjudged to be with his mother;

3) the defendant be obliged to incur the costs of the maintenance of Krzysztof Kaczmarczyk in the sum of zloty 1,000 per month;

4) the costs of the proceedings be adjudged in accordance with the prescribed norms.

### Justification

The parties entered into a marriage on 29 August, 1981 at the Registry Office in Gdynia.

Evidence: short certified copy of the marriage certificate.

Two children were born by the marriage – Katarzyna Kaczmarczyk, on 20 February, 1982; and Krzysztof Kaczmarczyk, on 28 October, 1988.

Evidence: short certified copies of birth certificates.

The marital life of the parties was not agreeable from the very beginning. As time went by, sharp differences in characters and manner of behavior started to reveal themselves.

The parties have not maintained a joint household for a longer period of time.

In 1989 the defendant left Poland and went to the United Stated of America and has not contacted the plaintiff and the children, Krzysztof and Katarzyna, since that time.

In the plaintiff's opinion the marriage has been discontinued definitely, there are no emotional, economic or physical ties between her and the defendant. She can see no possibility of continued joint life with the defendant, Wiesław Kaczmarczyk,.

Evidence: the hearing of the parties.

It is known to the plaintiff that the defendant is employed and receives income which fully enables him to provide the sum of zloty 1000 to the plaintiff which sum is necessary for the maintenance of the minor son, Krzysztof.

On such grounds I request as hereinabove.

12-03-01
Barbara Kaczmarczyk
Signature: "Barbara Kaczmarczyk"

Enclosures:

- Short certified copy of the marriage certificate.
- Short certified copy of the birth certificate.

---

I, Elżbieta Katkowska, Sworn Translator of English in Gdańsk hereby certify this translation to be true to the Polish original.
Translator's Register Entry No. 157/2001.
Dated at Gdańsk this 12th day of June, 2001.
Fee: PLN 81,78.

Elżbieta Katkowska
Tłumacz przysięgły jęz. angielskiego
80-299 Gdańsk, ul. Cumowników 32
tel./fax 52-59-42

Sygn. akt IIC 839/01

## STAN FAKTYCZNY

Powódka Barbara Kaczmarczyk wniosła o rozwiązanie jej małżeństwa z Wiesławem Kaczmarczyk przez rozwód bez orzekania o winie stron, powierzenie jej władzy rodzicielskiej nad wspólnym małoletnim, synem Krzysztofem Kaczmarczyk oraz zobowiązanie pozwanego do łożenia na utrzymanie tegoż dziecka alimentów w kwocie 1.000 zł miesięcznie.

W uzasadnieniu podała, że pożycie małżeńskie od samego początku nie było zgodne. W miarę upływu czasu zaczęły ujawniać się duże różnice charakterów i zasad postępowania. W 1989 r. pozwany wyjechał do Stanów Zjednoczonych Ameryki i od tego czasu nie kontaktował się z powódką i synem. W tej sytuacji powódka nie widzi żadnej możliwości kontynuowania małżeństwa.

W dniu 14 maja 2001 r. Sąd Okręgowy w Gdańsku zaniechał przeprowadzenia posiedzenia pojednawczego oraz dopuścił dowód, z przesłuchania stron na okoliczność pożycia małżeńskiego stron, przyczyn jego rozkładu oraz sytuacji małoletniego syna.

Skoro zachodzi konieczność przesłuchania pozwanego Sąd Okręgowy w Gdańsku zwraca się z uprzejmą prośbą o przesłuchanie pozwanego w charakterze strony poprzez udzielenie odpowiedzi na pytania zawarte w liście pytań.

## LISTA PYTAŃ

1. Czy wyraża Pan zgodę na rozwód bez orzekania o winie stron? Jeśli nie z jakich przyczyn?

Elżbieta Karnowska
Tłumacz przysięgły jęz. angielskiego
80-299 Gdańsk, ul. Cumowników 32
tel./fax 52-59-42

*Certified Translation from Polish*

*Translator's Register Entry No. 156/2001*

Reference Number: IIC 839/01

## THE FACTS OF THE CASE

Barbara Kaczmarczyk has filed a petition requesting that her marriage with Wiesław Kaczmarczyk be dissolved by divorce without deciding about the parties fault, that the execution of parental authority over the parties' minor son Krzysztof Kaczmarczyk be entrusted with her and that the defendant be obliged to provide child support in the sum of PLN 1,000 per month for the benefit of the said child.

In the justification the plaintiff has stated that the parties' marital life was not agreeable from the very beginning. As time went by differences in characters and manner of behavior started to reveal themselves.

In 1989 the defendant left for the United Stated of America and has not contacted the plaintiff and his son since that time. Under such circumstances the plaintiff can see no possibility of continuing the marriage.

On 14 May, 2001 the Circuit Court decided not to hold a reconciliation sitting and admitted the evidence from the hearing of the parties with respect to the parties' marital life, the reasons for its disintegration and the situation of the minor child.

As it is necessary to hear the defendant, the Circuit Court in Gdańsk kindly requests that the defendant be examined as a party by providing answers to the questions included in the following List of Questions.

### LIST OF QUESTIONS

1. Do you give your consent to a divorce without deciding about the parties' fault? If not, what are the reasons?

2. Do you admit the circumstances stated in the Petition?

3. Do you lodge motions as to evidence?

4. Do you give your consent to entrusting the plaintiff with the execution of parental authority over your minor son Krzysztof Kaczmarczyk, born on 28 October, 1988 in Gdynia? Do you maintain contact with your son? If yes, how often and in what way? When did you see your son for the last time?

5. Do you agree to pay child support in the sum of zloty 1,000 per month? If not. What are the reasons?



6. Where and on what basis are you employed? How much do you earn? What is your nationality?

7. Do you appoint an attorney *ad litem* or an agent for services residing in Poland (in accordance with the served instruction)? Please provide his/her name and address.

Dated at Gdańsk this 31st May, 2001.

> Judge of the Circuit Court
> in Gdańsk
> Wiesława Kamińska-Krajka
>
> /-/ illegible signature

Round stamp: " Circuit Court in Gdańsk * 2* "

---

*I, Elżbieta Katkowska, Sworn Translator of English in Gdańsk hereby certify this translation to be true to the Polish original.*

*Translator's Register Entry No. 156/2001.*

*Dated at Gdańsk this 12th day of June, 2001.*

*Fee: PLN 81,78.*

> Elżbieta Katkowska
> Tłumacz przysięgły jęz. angielskiego
> 80-299 Gdańsk, ul. Cumowników 32
> tel./fax 52-59-42